UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| LAURICE A. CAMERON, | Civil No. 09-2217 (JRT/JJG) |
| Plaintiff, | |
| v. | |
| MACY'S RETAIL HOLDINGS et al., | **ORDER FOR DISMISSAL** |
| Defendants. | |

_____

Charles Noel, **CHARLES J. NOEL & ASSOCIATES, P.A.**, 145 Grand Oak Office Center X, 2805 Dodd Road, Eagan, MN 55121, for plaintiff.

Brian Wood and Matthew Sloneker, **LIND JENSEN SULLIVAN & PETERSON, PA,** 150 South Fifth Street, Suite 1700, Minneapolis, MN 55402, for Defendants Macy's Retail Holdings, Inc., Macy's North, Macy's North, LLC, Macy's Department Stores, Inc., Macy's, Inc., and Macy's Corporate Services, Inc.

Bruce Candlin, **BRUCE P CANDLIN & ASSOCIATES**, 380 St. Peter Street, Suite 603, St. Paul, MN 55102, for Defendant Loop Parking Co.

This matter is before the Court on the Stipulation of Voluntary Dismissal filed by the parties on August 12, 2010 [Docket No. 26].

**IT IS HEREBY ORDERED** that pursuant to Rule 41 of the Federal Rules of Civil Procedure, the above-entitled case is **DISMISSED WITH PREJUDICE**, on the merits, but without costs to any party.

DATED: August 13, 2010
at Minneapolis, Minnesota.
                                             s/ John R. Tunheim
                                               JOHN R. TUNHEIM
                                              United States District Judge